UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Philip Lim, individually and on behalf of all others similarly situated,

          Plaintiff,

v.

Nationwide Credit, Inc.,

          Defendant.

Case No: 1:20-cv-03126-ENV-RLM

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 14, 2021

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** | **BARSHAY SANDERS, PLLC** |
| By:   /s Aaron R. Easley<br>Aaron R. Easley, Esq.<br>3 Cross Creek Drive,<br>Flemington, NJ 08822<br>Tel: (908) 237-1660<br>Email: aeasley@sessions-law.biz<br>*Attorneys for Defendant* | By:   /s Craig B. Sanders<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *csanders@BarshaySanders.com*<br>Our File No: 119358<br>*Attorneys for Plaintiff* |

SO ORDERED
Brooklyn, New York
Dated: 4/15/2021

*The Clerk is directed to close this case.*

*/s/ Eric N. Vitaliano*

Eric N. Vitaliano
United States District Judge